784 A.2d 1275

### In the Matter of David L. KURTZ.

### No. 691 DISC. 3, DB C3–01–497.

Supreme Court of Pennsylvania.

Sept. 6, 2001.

### *ORDER*

PER CURIAM.

AND NOW, this 6th day of September, 2001, a Rule having been entered by this Court on August 2, 2001, pursuant to

36

Rule 214(d)(1), Pa.R.D.E., directing David L. Kurtz to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; David L. Kurtz is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.